IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN THOMAS MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| WALSH GALLEGOS KYLE | ) | 3:24-CV-2243-G-BK |
| ROBINSON & ROALSON P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendations for plain error. Finding no error, the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and are accepted as the findings and conclusions of the court. By separate judgment, the plaintiff's case will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

September 28, 2026.

A. Joe Fish
A. JOE FISH
**Senior United States District Judge**